No. 03–8476.   IN RE SHERRILLS.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 934] denied.

No. 03–9730.   IN RE BRADLEY;
No. 03–9734.   IN RE CLAY; and
No. 03–9759.   IN RE BELLON.   Petitions for writs of habeas corpus denied.

No. 03–1243.   IN RE GREEN TREE FINANCIAL CORP., AKA GREEN TREE ACCEPTANCE CORP., AKA GREEN TREE FINANCIAL SERVICES CORP., NKA CONSECO FINANCE CORP.;
No. 03–9141.   IN RE METCALF;
No. 03–9162.   IN RE WHITE; and
No. 03–9682.   IN RE WILLIAMS.   Petitions for writs of mandamus denied.

No. 03–1242.   IN RE HOLBROOK; and
No. 03–9161.   IN RE BELL.   Petitions for writs of mandamus and/or prohibition denied.

No. 03–915.   DEFENDERS OF WILDLIFE ET AL. *v.* HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES, NATIONAL MARINE FISHERIES SERVICE, ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 03–992.   HATCHETT ET UX. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 03–1071.   COUNTY OF OKANOGAN, WASHINGTON, ET AL. *v.* NATIONAL MARINE FISHERIES SERVICE ET AL.   C. A. 9th Cir. Certiorari denied.

No. 03–1074.   BRONX LEGAL SERVICES *v.* LEGAL SERVICES FOR NEW YORK CITY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 03–1080.   CONNECTICUT *v.* PEELER.   Sup. Ct. Conn.   Certiorari denied.

No. 03–1081.   DOMTAR MAINE CORP., INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION.   C. A. D. C. Cir.   Certiorari denied.